### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EUGENE SUTTON**, | : | **CIVIL ACTION NO. 1:07-CV-1798** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **CAPTAIN E. BRADLEY**, *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 26th day of December, 2007, upon consideration of the report

(Doc. 22) of the magistrate judge to which no objections were filed recommending

that plaintiff's motion (Doc. 7), which seeks a preliminary injunction or temporary

restraining order to improve of the conditions of plaintiff's confinement, be denied

as moot because plaintiff is no longer incarcerated within this judicial district, and

after an independent review of the record, it is hereby ORDERED as follows:

1.    The report and recommendation (Doc. 22) of the magistrate judge is
      ADOPTED.

2.    Plaintiff's motion (Doc. 7) for a preliminary injunction or temporary
      restraining order is DENIED as moot.  See Ibarra-Villalva v. USP-
      Allenwood, 213 F. App'x 132, 134 (3d Cir. 2007) (upholding denial of
      prisoner's challenge to conditions of confinement as moot because
      prisoner was transferred to another institution).

3.    The above-captioned matter is REMANDED to the magistrate judge
      for further proceedings.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge